# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
                    Appellant,
             vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
DR. KAREN GEDNEY; DR. MAR; DR.
EDCOMB; RN. MITCHIL; RN. J.
DANIEL; RN. HENDERSON; CARSON
CITY CORONER OFFICE; INSPECTOR
GENERAL; AND NDOC,
                    Respondents.

No. 75171

FILED

MAR 22 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court's order denying motion to reconsider order denying motion to dismiss. First Judicial District Court, Carson City; James E. Wilson, Judge.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a potential jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or

18-11209

court rule authorizes an appeal from the above-mentioned order. Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc: Hon. James E. Wilson, District Judge
Frank Milford Peck
Attorney General/Carson City
Attorney General/Las Vegas
Carson City Clerk